for the County of Middlesex, Massachusetts, granted. The motion for leave to proceed *in forma pauperis* is granted. *Messrs. Henry P. Fielding, A. C. Webber,* and *L. H. Weinstein* for petitioner. *Messrs. Joseph E. Warner, George B. Lourie,* and *Frank G. Volpe* for respondent.

No. 171. UNITED STATES *v.* JEFFERSON ELECTRIC MFG. Co. October 9, 1933. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biggs* for the United States. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for respondent.

No. 187. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the question of the deduction on account of reserve. *Messrs. Peter F. Dunne, Lloyd M. Robbins,* and *Arthur B. Dunne* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 240. FEDERAL TRADE COMMISSION *v.* ALGOMA LUMBER Co. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biggs* and *Mr. Robert E. Healy* for petitioner. *Messrs. Warren Olney, Jr., Allan P. Matthew,* and *Carl I. Wheat* for respondents.

No. 51. MILLER, ADMINISTRATOR, *v.* UNION PACIFIC R. Co. October 9, 1933. Petition for writ of certiorari